UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

TARA & CHRIS BLESSING                       CASE NO.:
PARENTS AND NATURAL GUARDIANS
OF THEIR MINOR SON, CHARLES B.
BLESSING
                                            JUDGE:
and

NADINE AND KEVIN PALEY                       PLAINTIFFS' COMPLAINT
PARENTS AND NATURAL GUARDIANS               FOR CIVIL HARASSMENT,
OF THEIR MINOR SON, SAMUEL PALEY            MENACING, THREATENING,
                                            DEFAMATION, INVASION
and                                         OF PRIVACY, AND AIDING and
                                            ABETTING, WITH JURY
                                            DEMAND ENDORSED
SAUNDRA AND MICHAEL SMITH                   HEREON
PARENTS AND NATURAL GUARDIANS
OF THEIR MINOR SON, CHARLIE SMITH

and

SHANNON CRAIG AND ANTHONY W.
GARDNER, JR.
PARENTS AND NATURAL GUARDIANS
OF THEIR MINOR SON, EVAN ANTHONY
GARDNER

and

LORI & MICHAEL GRAY
PARENTS AND NATURAL GUARDIANS
OF THEIR MINOR SON, LIAM GRAY

and

AUSTIN FOUST

and

WILLIAM FRIES

and

**ERIC CURK**

and

**ANDREW GIBSON**

and

**PATRICK KENNEDY**

and

**WYATT SCHWARTZ**

and

**BRADLEY KATHMAN**

**PLAINTIFFS**

VS.

**CABLE NEWS NETWORK, INC.**

  Serve: *Via Certified Mail*:

    **Cable News Network, Inc.**
    **c/o Corporation Trust Company**
    **Corporation Trust Center**
    **1209 Orange Street**
    **Wilmington, Delaware 19801**

and

**BAKARI SELLERS**
**2110 N. Beltline Blvd, Ste A**
**Columbia, SC  29204**

  Serve: *Via Certified Mail*

**and**

**Serve:**
   *Pursuant to KRS §454.210(3)(b)(2)*
   *Serve Two (2) Copies Via Certified Mail to*:

> **Kentucky Secretary of State**
> **700 Capital Avenue**
> **Suite 86**
> **Frankfort, KY 40601**

**DEFENDANTS**

## I.   INTRODUCTION

1. In reaction to the now infamous incident at the Lincoln Memorial ("Lincoln Memorial incident") on January 18, 2019, Defendant Cable News Network, Inc. (CNN), by and through its agents and employees including Defendant Bakari Sellers, engaged in tortious conduct to harass, menace, threaten and defame the Plaintiffs, and to intrude upon and violate their privacy.

## II.   PARTIES

2. Plaintiffs are citizens of the Commonwealth of Kentucky and, at all material times, Plaintiffs were Covington Catholic High School ("CCH") minor students who were present at the Lincoln Memorial incident.

3. Defendant CNN is a Delaware Corporation, with its principal place of business in Georgia; Defendant Sellers is a citizen of the State of South Carolina.

## III.   JURISDICTION/VENUE

4. Pursuant to 28 USC §1332(a)(1), KRS §454.210(2)(a), and 29 USC §1391(b)(2), this Court has jurisdiction over this case, and venue is proper within this judicial district, because

3

there exists complete diversity of citizenship between Plaintiffs and Defendants and the amount in controversy exceeds $75,000, exclusive of interest, costs, and attorney fees; because CNN/Sellers transacted business in Kentucky, caused tortious injury by acts in Kentucky, and caused tortious injury by acts outside Kentucky while regularly soliciting business and engaging in a persistent course of conduct thereby deriving substantial revenue within Kentucky; and, because all or a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in this judicial district.

## IV.    THE LINCOLN MEMORIAL INCIDENT AND CNN/SELLERS' RESPONSE

5.    On January 18, 2019, following their participation in the annual March For Life event in Washington, D.C., the minor Plaintiffs were assembled at the Lincoln Memorial. During that time, an incident occurred among CCH students, including the Plaintiffs, and other visitors such as Nathan Phillips, a self-described Native American Elder.

6.    Images of the Plaintiffs and the Lincoln Memorial incident were disseminated world-wide, including by CNN through its media broadcasts and publications, social media interchanges, and other internet communications, igniting a profound and powerful controversy concerning the incident and the Plaintiffs.

7.    In their actions and commentary, CNN and Sellers engaged in a course of conduct that harassed, threatened, menaced, defamed, and invaded the privacy of the Plaintiffs.

8.    The Lincoln Memorial incident and CNN's conduct and comments regarding the Covington Catholic High School students, including the Plaintiffs, are the subject of, and exhaustively described in, *Sandmann v. Cable News Network, Inc.*, Case No. 2:19-cv-00031

4

(hereafter: "*Sandmann* ¶___, Ex. ___") pending before this Court, which actionable conduct and comments regarding the Plaintiffs are adopted by reference and incorporated herein.

9.   At 7:09 a.m. on January 19, 2019, Defendant CNN, through its agent analyst Defendant Sellers, harassed, threatened, and menaced the Plaintiffs stating, in reference to their involvement in the Lincoln Memorial incident, that Nicholas Sandmann was "a deplorable" and that he and his fellow CCH students, including each of the Plaintiffs, deserved to "be punched in the face."  A copy of CNN/Sellers' tweet is attached as Exhibit A hereto. (See also *Sandmann* ¶¶78-79, Ex. B).

10.   CNN/Sellers' course of conduct was intended to and did create a concerted interaction between CNN and the recipients of its communication to harass, menace, and threaten the Plaintiffs, and to invade their privacy, including the harassing, threatening, and menacing responses that the minor Plaintiffs "attend Covington Catholic School," where each Plaintiff/Student's "forehead [should] be considered a drum" for such a beating. (See Ex. A.)

11.   Defendants CNN/Sellers engaged in a course of conduct that harassed, threatened, menaced, intimidated, alarmed, defamed, seriously annoyed, and invaded the privacy of the Plaintiffs, which conduct served no legitimate purpose, including threatening to commit crimes likely to result in the Plaintiffs incurring serious physical injury or death, and including intentionally placing the Plaintiffs in reasonable apprehension of such imminent physical injury.

12.   CNN has itemized and identified its defamatory and otherwise harmful statements regarding the minor Plaintiffs in the *Sandmann* case at Document #31-10, Page ID #259-275, Challenged Statement Nos. 1, 4, 6, 8, 10-20, 22, 24-36, 38-39, 41-46, and 49-53, which such actionable Challenge Statements are hereby adopted and incorporated by reference in this Complaint.

5

13. In addition to CNN and Sellers' own harassing, menacing, threatening, and invasive conduct towards the Plaintiffs, as adopted by reference above, specifically and ironically among its defamatory comments and conduct regarding the Plaintiffs, CNN falsely accused the Plaintiffs of violence and threats of violence against Nathan Phillips, including:

- trying "to just rip [him] apart," (CNN's Statement No. 6);

- wanting "to spring on" him (CNN's Statement Nos. 8, 33);

- engaging in "mob" behavior surrounding and blocking him (CNN's Statement Nos. 11, 14, 18, 22, 24, 30, 32, 33, 35, 50, and 51);

- "assaulting" him causing "objective fear of violence," (CNN's Statement Nos. 15, 19, and 20); and,

- threatening "to attack . . . to lynch . . . [and] to hurt" him and others (CNN's Statement Nos. 32, 33, 35, 39).

14. CNN's reporting and other statements regarding the nature of the incident between the Plaintiffs and Mr. Phillips, including the false and defamatory statements of Mr. Phillips and others, were false and defamatory *per se* about the Plaintiffs, thereby causing *inter alia* injury to their reputations, and these reports and statements were made intentionally, recklessly, negligently, and with legal malice.

15. CNN's publication and broadcast of multiple videos and photographs incorporated and used as the bases for its tortious, defamatory, and invasive conduct and comment regarding the minor Plaintiffs' behavior at the Lincoln Memorial incident was directed towards and singled out the identifiable, small group of Plaintiffs, and CNN intentionally, recklessly, negligently, and with legal malice framed and published its untrue and tortious, invasive, and defamatory statements about the Plaintiffs such as to make defamatory imputations against all of the Plaintiffs and/or to specifically identify, impute, and designate them as the subjects of its false

6

and tortious behavior, as further reasonably understood by the Plaintiffs' friends, family, and acquaintances familiar with the Lincoln Memorial incident.

16.     Defendants CNN/Sellers caused tortious injury by acts or omissions in the Commonwealth of Kentucky, and the Plaintiffs' claims arise from that conduct.

17.     By virtue of their activities, Defendants CNN/Sellers purposely availed themselves of the privilege of acting to cause the tortious and harmful consequences described above in the Commonwealth of Kentucky.

18.     Defendants CNN/Sellers acted intentionally, knowingly, willfully, maliciously, recklessly, and negligently towards the Plaintiffs, thereby entitling Plaintiffs to punitive damages.

19.     As a direct and proximate result of Defendants CNN/Sellers' wrongful conduct, the Plaintiffs incurred injuries, losses, and damages including being subject to death threats in the sanctity of their homes and school (CCH), and being subject to and incurring intimidation, harassment, annoyance, and alarm, including such injury to them in their future academic, business, career, and employment opportunities.

20.     KRS 446.070 codifies the common law negligence per se doctrine and creates a private right of action under which a damaged party may sue for a violation of a statutory standard of care where (1) the statute in question is penal in nature and provides no inclusive civil remedy; (2) the party is within the class of persons the statute is intended to protect; and (3) the party's injury is of the type the statute is designed to prevent.

## COUNT 1
### (Civil Harassment – KRS §525.070 Harassment)

21.     Plaintiffs adopt and reallege paragraphs 1 through 20 above.

7

22.     Defendants engaged in Harassment in violation of KRS §525.070(1)(e) when, with intent to intimidate, harass, annoy, or alarm the Plaintiffs, they engaged in a course of conduct or repeatedly committed acts which alarmed or seriously annoyed the Plaintiffs, and which served no legitimate purpose.

23.     KRS §525.070 is penal in nature or provides no inclusive civil remedy.

24.     The Plaintiffs are within the class of person that KRS §525.070(1)(e) is intended to protect.

25.     The Plaintiffs' injuries are the type that KRS §525.070(1)(e) was designed to prevent.

26.     As a direct and proximate result of Defendants' violations of KRS §525.070(1)(e), the Plaintiffs are entitled to recover compensatory and punitive damages for their injuries and losses, in an amount to be determined by the jury at trial.

### COUNT 2
### (Civil Harassing Communications – KRS §525.080 Harassing Communications)

27.     Plaintiffs adopt and reallege paragraphs 1 through 26 above.

28.     Defendants engaged in Harassing Communications in violation of KRS §525.080(1)(a) when, with intent to intimidate, harass, annoy, or alarm the Plaintiffs, they communicated with a person anonymously or otherwise, by telephone, telegraph, mail, or other form of electronic or written communication in a manner which caused annoyance or alarm, and served no purpose of legitimate communication.

29.     KRS §525.080 is penal in nature or provides no inclusive civil remedy.

30.     The Plaintiffs are within the class of person that KRS §525.080(1)(a) is intended to protect.

8

31.     The Plaintiffs' injuries are the type that KRS §525.080(1)(a) was designed to prevent.

32.     As a direct and proximate result of Defendants' violation of KRS §525.080(1)(a), the Plaintiffs are entitled to recover compensatory and punitive damages for their injuries and losses, in an amount to be determined by the jury at trial.

## COUNT 3
### (Civil Threatening – KRS §508.080 Threatening)

33.     Plaintiffs adopt and reallege paragraphs 1 through 32 above.

34.     Defendants engaged in Threatening in violation of KRS §508.080(1)(a) when they threatened to commit any crime likely to result in death or serious physical injury to the Plaintiffs or likely to result in substantial damage to their property interests.

35.     KRS §508.080 is penal in nature or provides no inclusive civil remedy.

36.     The Plaintiffs are within the class of person that KRS §508.080(1)(a) is intended to protect.

37.     The Plaintiffs' injuries are the type that KRS §508.080(1)(a) was designed to prevent.

38.     As a direct and proximate result of Defendants' violation of KRS §508.080(1)(a), the Plaintiffs are entitled to recover compensatory and punitive damages for their injuries and losses, in an amount to be determined by the jury at trial.

## COUNT 4
### (Civil Menacing – KRS §508.050 Menacing)

39.     Plaintiffs adopt and reallege paragraphs 1 through 38 above.

9

40.     Defendants engaged in Menacing in violation of KRS §508.050 when they intentionally placed the Plaintiffs in reasonable apprehension of imminent physical injury.

41.     KRS §508.050 is penal in nature or provides no inclusive civil remedy.

42.     The Plaintiffs are within the class of person that KRS §508.050 is intended to protect.

43.     The Plaintiffs' injuries are the type that KRS §508.050 was designed to prevent.

44.     As a direct and proximate result of Defendants' violation of KRS §508.050, the Plaintiffs are entitled to recover compensatory and punitive damages for their injuries and losses, in an amount to be determined by the jury at trial.

## COUNT 5
### (Defamation)

45.  The Plaintiffs adopt and reallege paragraphs 1 through 44 above.

46.  Defendant CNN intentionally, maliciously, knowingly, recklessly, and negligently published false and defamatory *per se* statements about the minor Plaintiffs, which caused injury to their reputations.

47.  As a direct and proximate result of Defendant CNN's wrongful conduct, Plaintiffs are entitled to recover compensatory and punitive damages for their injuries and losses, in an amount to be determined by the jury at trial.

## COUNT 6
### (Invasion of Privacy)

48.     Plaintiffs adopt and reallege paragraphs 1 through 47 above.

10

49.     In their unlawful conduct, Defendants intentionally intruded upon the solitude or seclusion of the Plaintiffs in their private affairs or concerns, including within the privacy and sanctity of their homes and their school (CCH), in a manner that would be highly offensive to a reasonable person.

50.     As a direct and proximate result of Defendants' wrongful conduct, the Plaintiffs have incurred injuries and damages for the harm to their privacy interests, and for mental distress resulting from such intrusions, in an amount of compensatory and punitive damages in an amount to be determined by the jury at trial.

## COUNT 7
### (Aiding and Abetting)

51.     Plaintiffs adopt and re-allege paragraphs 1 through 50 above.

52.     Defendants knowingly, recklessly negligently, and with legal malice aided and abetted the foreseeable, wrongful and tortious conduct of other persons against the Plaintiffs, thereby substantially assisting and encouraging such conduct.

53.     As a direct and proximate result of the Defendants' wrongful conduct, the Plaintiffs have been injured and damaged as described above, and are entitled to recover compensatory and punitive damages from Defendants.

WHEREFORE, Plaintiffs demand a judgment against Defendants CNN/Sellers for recovery of:

(1)     Their compensatory and punitive damages in an amount to be determined at trial;

(2)     Recovery of their costs, expenses, and attorney fees, plus applicable prejudgment and post-judgment interest; and,

(3)     Recovery of any and all of relief to which they may be entitled.

11

*/s/ Kent W. Seifried*
Kent W. Seifried, Esq.
Douglas B. Schloemer, Esq.
James R. Poston, Jr., Esq.
POSTON, SEIFRIED & SCHLOEMER
2039 Dixie Highway
Ft. Mitchell, Kentucky 41011
Telephone: (859) 431-3200
Facsimile: (859) 655-7765
Email: Kent@pss-law.net
        Doug@pss-law.net
        Jim@pss-law.net

*Attorneys for Plaintiffs*


## JURY DEMAND


Plaintiffs demand a trial by jury on all issues so triable.

*/s/ Kent W. Seifried*
Kent W. Seifried

12







**Bakari Sellers** ☑
@Bakari_Sellers

( Follow )  ⌄

He is a deplorable. Some ppl can also be
punched in the face.
twitter.com/2020fight/stat …



This Tweet is unavailable.

7:09 AM - 19 Jan 2019

**372** Retweets  **2,067** Likes

💬          🔁

---



**fivetospin** @1tocycle · 10h
Replying to @Bakari_Sellers
They attend Covington Catholic School, 859-491-2247, School Principle -
ROBERT ROWE

💬 13      🔁 73      130



**Karl the Orff** @OrffThe · 10h
@supermikeclines these kids need to be sent to another school. The teachers
should be dismissed.

💬 4      🔁 2      13



**TexasHillCountry** @TxHillCountry6 · 9h
The teachers didn't raise these kids. Naive to think they behave this way in their
classrooms. This Lord of the Flies behavior has its roots in their homes. Their
primary role model sits in the Oval Office.

💬 2      🔁 1      8

1 more reply



**How's my driving?** @Brad_Stonesifer · 10h
Replying to @Bakari_Sellers
Can a forehead be considered a drum in such situations?

💬 1      🔁       47